UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Marlon Chung,

           Plaintiff,

–v–

Brooke's Homecare LLC, *et al.*,

           Defendants.

17-CV-2534 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 26, 2017, the parties in this FLSA action submitted a fully executed settlement for the Court's approval, *see* Dkt. No. 35, Ex. 1, along with a joint letter explaining their views on the fairness of the settlement, *see* Dkt. No. 35. On May 11, 2018, the Court struck the release and confidentiality provisions and otherwise granted the request to approve the settlement. *See* Dkt. No. 38.

On June 6, 2018, the parties submitted a proposed addendum seeking to replace the stricken provisions. *See* Dkt. No. 39; Dkt. No. 39, Ex. A.

In the addendum, the mutual release provision is limited to claims based upon "the same factual predicate" as the claims in this action. *See, e.g.*, Dkt. No. 39, Ex. A ¶ (e). With that limitation, the Court approves the addendum with respect to the mutual release provision. *See Gaspar v. Personal Touch Moving, Inc.*, 13-cv-8187, 2015 WL 787103, at *2 (S.D.N.Y. Dec. 3, 2015) ("Legitimate releases . . . may include claims not presented, but only if the released conduct arises from the same factual predicate as the settled conduct.").

The addendum also removes all references to "social networking sites and blogs" in the media provision. *See* Dkt. No. 39, Ex. A ¶ (v). The media provision has thus been limited, and

1

the Court approves it in that form.

Accordingly, the Court approves the parties' proposed addendum to the settlement agreement.

SO ORDERED.

Dated: June 12, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge